**1168 CATHCART vs. STARKE (County Clerk), No. 13177½.**

To compel re-payment of moneys deposited for a re-count of votes.

Order to show cause denied November 30, 1892.

Held, that under the statute (3 How., 234 a) it is necessary in order to entitle the depositor to return of the deposit, that fraud or mistake be proven, and the depositor receive a certificate of election.